UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

ESTERVINA PAULINO
        Plaintiff,

 -against-

GLADYS CARRION, as Commissioner of
the New York State Office of Children
and Family Services, and THOMAS R.
FRIEDEN, M.D., as Commissioner of the
New York City Department of Health and
Mental Hygiene
        Defendants,

STIPULATION
EXTENDING DEFENDANTS'
DEFENDANTS' TIME TO
ANSWER OR OTHERWISE
RESPOND TO THE
COMPLAINT

07 CV 05773

---------------------------------------X

JUL 06 2007
JUDGE KAPLAN'S CHAMBERS

  IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties that:

  1. The date for defendants to answer or otherwise respond to the complaint is extended from July 9, 2007 (City defendant) and July 10, 2007 (State defendant) to July 17, 2007.

  2. Facsimile signatures on this stipulation shall be good for all purposes.

Dated: New York, New York
   July 5, 2007

SOUTH BROOKLYN LEGAL SERVICES
Attorney for Plaintiff
By: _____
Nancy Bedard, of Counsel
105 Court Street
Brooklyn, New York 11201
(718) 237-5569

ANDREW M. CUOMO
Attorney General of the
 State of New York
Attorney for State defendant
By: _____
George Alvarez
Assistant Attorney General
120 Broadway
New York, New York 10271
(212) 416-8663

MICHAEL CARDOZA
CORPORATION COUNSEL OF THE CITY
OF NEW YORK
Attorney for City defendant
By: *(signature)*
Mary O'Sullivan, of Counsel
100 Church Street
New York, NY 10007
(212) 788-1003

**MEMO ENDORSED**

SO ORDERED *(signature)*
_____
 A. KAPLAN, USDJ
7/9/07