**STATE OF NEW YORK**                    COUNTY OF
**SUPREME COURT**                                          INDEX # : _____07 CV 5773_____
**DISTRICT: SOUTHERN/NY**                          Date Filed: _____

Estervina Paulino

vs                                              *Plaintiff(s)/Petitioner(s)*

Gladys Carrion, as Commissioner of the New York State Office of Children and Family Services, et ano

*Defendant(s)/Respondent(s)*

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

_____Shayne Collen_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years
of age and resides in New York State. On _____June 20, 2007_____ at _____12:19pm_____,
at _____Capital View Office Park, North Bldg., 52 Washington St., Rensselaer, NY 12144_____, deponent served the within
____Civil Cover Sheet,Summons In A Civil Action & Complaint, Appearance, Request to Proceed In Forma Pauperis, Rules____

on: **Gladys Carrion, as Comm. of the NYS Office of Children and Family Services,**  , _____**Defendant**_____ therein named.
The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

| | |
|---|---|
| ☐ | By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein. |
| ☐ | By delivering thereat a true copy of each to _____ personally, deponent knew said business/agency so served to be the business/agency described in same as said defendant and knew said individual to be the managing/authorized agent of the business/agency, and said person stated that he/she was authorized to accept service on behalf of the business/agency. |
| ☒ | By delivering a true copy of each to _____W. Merrill Sanderson, assoc. attorney_____ a person of suitable age and discretion. Said premises is defendant's: [ x ] actual place of business    [  ] dwelling house (usual place of abode) within the state. |
| ☐ | By affixing a true copy of each to the door of said premises, which is defendant's:  [  ] actual place of business    [  ] dwelling house (place of abode)  within the state. |

Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

| | |
|---|---|
| ☐ | On _____, deponent completed service by depositing a true copy of each to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: _Male_   Color of skin: _White_   Color of hair: _Brown/Gray_   Age: _50-55_   Height: _6'0"_
Weight: _170_   Other Features: Glasses

| | |
|---|---|
| ☐ | the authorized witness fee and / or traveling expenses were paid (tendered) to the witness. |

Deponent asked person spoken to whether the defendant is presently in military service of the United States Government or of the State
of New York and was informed that defendant is not.

Sworn to before me on _____June 25, 2007_____

_____                    _____
**MARCY A. O'HARE**                                                      Shayne Collen
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010                                  Invoice•Work Order # 0705209