UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ESTERVINA PAULINO,

                         Petitioner,

    -against-

GLADYS CARRION, as Commissioner of the
New York State Office of Children and
Family Services and THOMAS R. FRIEDEN,
MD, as Commissioner of the New York
City Department of Health and Mental
Hygiene,

                         Respondents.
----------------------------------------X
STATE OF NEW YORK )
                   : ss.:
COUNTY OF KINGS   )

Index No. 07 CV 5773

**AFFIDAVIT OF PERSONAL SERVICE**

       **JOSEPH WALKER**, being duly sworn, deposes and says:

       1.   Deponent is not a party to the action, is over eighteen years of age and employed at South Brooklyn Legal Services, Inc., 105 Court Street, Brooklyn, New York.

       2.   On June 19, 2007, deponent served a true copy of the within **SUMMONS; COMPLAINT; CIVIL COVER SHEET; REQUEST TO PROCEED *IN FORMA PAUPEIS*; NOTICE OF APPEARANCE; THE ASSIGNED JUDGE'S INDIVIDUAL RULES; USDC/SDNY Instructions for Filing an Electronic Case or Appeal; USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing**, on the parties listed below by delivering to them personally at the address listed below:

THE NYC LAW DEPARTMENT
100 Church Street
New York, NY 10007
Attorneys for Petitioner

COMMISSIONER THOMAS R. FRIEDEN, MD
NYC Department of Health & Mental Hygiene
125 Worth Street, 6th Floor
New York, NY 10014

NYS DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
120 Broadway, 24th Floor
New York, NY 10271

                                      _____
                                       JOSEPH WALKER
                                       License N°: 771649

Sworn to before me this
20th
~~19th~~ day of June, 2007

_____
        NOTARY PUBLIC

SARAH E. DRANOFF
Notary Public, State of New York
No. 02DR5032979
Qualified in Kings County
Commission Expires September 6, 20 10