STATE OF NEW YORK   COUNTY OF _____   INDEX # : __07 CV 5773__
SUPREME COURT                              Date Filed: _____
DISTRICT: SOUTHERN/NY

*Estervina Paulino*

Plaintiff(s)/Petitioner(s)

vs

*Gladys Carrion, as Commissioner of the New York State Office of Children and Family Services, et ano*

Defendant(s)/Respondent(s)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

__Shayne Collen__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __June 20, 2007__ at __12:19pm__, at __Capital View Office Park, North Bldg., 52 Washington St., Rensselaer, NY 12144__, deponent served the within __Civil Cover Sheet, Summons In A Civil Action & Complaint, Appearance, Request to Proceed In Forma Pauperis, Rules__

on: __Gladys Carrion, as Comm. of the NYS Office of Children and Family Services,__ , __Defendant__ therein named.
The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

[ ]   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

[ ]   By delivering thereat a true copy of each to _____ personally, deponent knew said business/agency so served to be the business/agency described in same as said defendant and knew said individual to be the managing/authorized agent of the business/agency, and said person stated that he/she was authorized to accept service on behalf of the business/agency.

[X]   By delivering a true copy of each to __W. Merrill Sanderson, assoc. attorney__ a person of suitable age and discretion. Said premises is defendant's: [X] actual place of business   [ ] dwelling house (usual place of abode) within the state.

[ ]   By affixing a true copy of each to the door of said premises, which is defendant's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____.

[ ]   On _____, deponent completed service by depositing a true copy of each to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: __Male__   Color of skin: __White__   Color of hair: __Brown/Gray__   Age: __50-55__   Height: __6'0"__
Weight: __170__   Other Features: __Glasses__

[ ]   the authorized witness fee and / or traveling expenses were paid (tendered) to the witness.

Deponent asked person spoken to whether the defendant is presently in military service of the United States Government or of the State of New York and was informed that defendant is not.

Sworn to before me on __June 25, 2007__

*[signature]*
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

*[signature]*
Shayne Collen

Invoice•Work Order # 0705209