UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ESTERVINA PAULINO,

                                Plaintiff,         07 CV 5773
                                                        (LAK) (GWG)
   - against -

                                                                     (ECF)
GLADYS CARRION, as Commissioner of the New
York State Office of Children and Family Services,
and THOMAS R. FRIEDEN, M.D., as
Commissioner of the New York City Department of
Health and Mental Hygiene,

                                Defendants.

------------------------------------------------------------------------X

**TO THE CLERK OF THE COURT:**

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Mary M. O'Sullivan, appears as counsel for Defendant Thomas R. Frieden, M.D., as Commissioner of the New York City Department of Health and Mental Hygiene and requests to receive notice of all docket events via the Electronic Case Filing system.

        I certify that I am admitted to practice before this Court.

Dated:  New York, New York
          July 20, 2007

                                                 MICHAEL A. CARDOZO
                                                 Corporation Counsel of
                                                 the City of New York
                                                 Attorney for Defendant Thomas R. Frieden, M.D.
                                                 100 Church St., Rm.5-174
                                                 New York, New York 10007
                                                 Email: mosulliv@law.nyc.gov
                                                 Tel: (212) 788-1003
                                                 Fax: (212) 791-9714

                                        By:  _____
                                                 Mary M. O'Sullivan (MO-8495)
                                                 Assistant Corporation Counsel

TO:    John C. Grey, Esq.
        South Brooklyn Legal Services
        Attorney for Plaintiff
        By: Nancy Bedard, Esq.

        Andrew Cuomo, Attorney General of the State of New York
        Attorney for Defendant Carrion
        By: George Alvarez, Assistant Attorney General