```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
ESTERVINA PAULINO                         :
                       Plaintiff,         :
                                          :
    -against-                             :
                                          :      **NOTICE OF APPEARANCE**
GLADYS CARRION, as Commissioner of        :
the New York State Office of Children     :
and Family Services, and THOMAS R.        :      **07 CV 05773**
FRIEDEN, M.D., as Commissioner of the     :
New York City Department of Health and    :      Filed Electronically
Mental Hygiene                            :
                       Defendants,        :
                                          :
-----------------------------------------X
```

PLEASE TAKE NOTICE that ANDREW M. CUOMO, Attorney General of the State of New York appears, by the undersigned, in this action on behalf of GLADYS CARRION, as Commissioner of the New York State Office of Children and Family Services.

I certify that I am admitted to practice in this court.

Dated: July 23, 2007
       New York, New York

                                ANDREW M. CUOMO
                                Attorney General of the State
                                   of New York
                                <u>Attorney for State Defendant</u>
                                By:


                                _____/s/_____
                                GEORGE A. ALVAREZ (GA 2335)
                                Assistant Attorney General
                                120 Broadway, 24th Floor
                                New York, New York 10271
                                (212) 416-8663