# SOUTH BROOKLYN LEGAL SERVICES

Brooklyn Legal Services Corp. B  John C. Gray, Project Director
105 Court Street, Brooklyn, NY 11201  (718) 237-5500  Fax (718) 875-8545
**Nancy Bedard, Staff Attorney**  Direct Line (718) 237-5568  NancyB@sbls.org

---

July 23, 2007

**MEMORANDUM ENDORSED**

**BY FAX**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/07

Re: PAULINO v. CARRION
07 CV 5773 (LAK) (GWG)

Dear Judge Gorenstein,

    I would like to request an adjournment of the pretrial conference scheduled for August 2, 2007. I have discussed the request with counsel for all parties and they have consented to the adjournment. All parties are available on September 18, 20, 21, and 24.

    This is the first request for an adjournment of the pretrial conference. The request is made in order that counsel have sufficient time to prepare prior to the pretrial conference. There is an extension of defendant's time to answer the complaint to August 17, 2007. Attached please find a signed stipulation to adjourn the pretrial conference with the consent of all parties.

Respectfully submitted,

Nancy Bedard
Nancy Bedard (NB 1980)
South Brooklyn Legal Services

*Conference adjourned to Sept. 18, 2007
at 10:00 am.*

SO ORDERED: DATE: 7/24/2007
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

cc: George A. Alvarez, Esq.
    Mary O'Sullivan, Esq.
(By Facsimile)

---

*Towards justice and dignity for all    Por justicia y dignidad para todos*