UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ESTERVINA PAULINO,

                                                Plaintiff,

                    -against-

GLADYS CARRION, as Commissioner of the New York
State Office of Children and Family Services, and
THOMAS R. FRIEDEN, M.D., as Commissioner of the
New York City Department of Health and Mental Hygiene,

                                                Defendants.

------------------------------------------------------------------------ x

**DECLARATION OF
MARY O'SULLIVAN**

07-CV-5773 (LAK) GWG)

(ECF case)


        **MARY O'SULLIVAN**, hereby declares, pursuant to 28 U.S.C. § 1746 and under

penalty of perjury, as follows:

        1.        I am an attorney in the office of MICHAEL A. CARDOZO, Corporation

Counsel of the City of New York and attorney for defendant THOMAS R. FRIEDEN, M.D.,

Commissioner of the New York City Department of Health and Mental Hygiene ("DOHMH,"

the "City Defendant"), and I and am fully familiar with the facts and circumstances surrounding

this action.

        2.        I submit this declaration to place the relevant information and documents

on the record in support of the City Defendant's Motion for Judgment on the Pleadings, pursuant

to Rule 12(c) of the Federal Rules of Civil Procedure ("FRCP") and motion for a stay of

discovery, pursuant to Rule 26(c) of the FRCP, pending resolution by this Court of the motion

for judgment on the pleadings.

-2-

2.      Attached as Exhibit "A" is a copy of the Complaint in this action, which was filed with the Court on June 18, 2007.

3.      Attached as Exhibit "B" is a copy of the City Defendant's Answer in this action, which was filed with the Court on August 17, 2007.

4.       Attached as Exhibit "C" is a copy of the State Defendant's Answer in this action, which was filed with the Court on August 17, 2007.

3.      Attached as Exhibit "D" is a copy of the Civil Docket Sheet in this action, as of January 3, 2008.

**WHEREFORE,** it is respectfully requested that this Court grant the City Defendant's motions, in their entirety.

Dated:      New York, New York
            January 7, 2008

                              MICHAEL A. CARDOZO
                              Corporation Counsel of the
                                City of New York
                              Attorney for Defendant Frieden
                              100 Church Street, Room 5-174
                              New York, New York 10007
                              Tel:  (212) 788-1003
                              Fax:  (212) 791-9714
                              mosulliv@law.nyc.gov


            By:      _____/s_____
                              Mary O'Sullivan (MO-8495)
                              Assistant Corporation Counsel