```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
ESTERVINA PAULINO                          :
                         Plaintiff,        :
                                           :
     -against-                             : NOTICE OF MOTION
                                           :
GLADYS CARRION, as Commissioner of         :
the New York State Office of Children      :
and Family Services, and THOMAS R.         : 07 CV 05773
FRIEDEN, M.D., as Commissioner of the      :
New York City Department of Health and     : Filed Electronically
Mental Hygiene                             :
                         Defendants,       :
                                           :
-------------------------------------------X
```

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law and upon all prior proceedings herein, defendant GLADYS CARRION, as Commissioner of the New York State Office of Children and Family Services("State defendant" or "OCFS"), by her attorney, ANDREW M. CUOMO, Attorney General of the State of New York, will move this Court before the Honorable Gabriel Gorenstein at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York at a date and time designated by the Court, for an Order: (1) granting judgment on the pleadings to State defendant pursuant to Federal Rule of Civil Procedure("FRCP") 12(c); (2)staying discovery pending a determination of State defendant's motion for judgment on the pleadings and; (3) granting such other relief as the Court deems just and proper.

1

PLEASE TAKE FURTHER NOTICE THAT, answering papers are to be served within ten business days after service of the moving papers pursuant to S.D.N.Y. R. 6.1.

DATED:   NEW YORK, NEW YORK
         January 18, 2008

                          ANDREW M. CUOMO, Attorney General
                           of the State of New York
                        Attorney for State defendant

                        By: George A. Alvarez
                        Assistant Attorney General
                        120 Broadway, 24th Floor
                        New York, New York 10271
                        (212) 416-8663

TO:   John c. Grey, Esq.
      South Brooklyn Legal Services
      Attorney for Plaintiff
      by Nancy Bedard, Esq.

      Michael A. Cardozo
      Corporation Counsel of the
       City of New York
      Attorney for City defendant
      by Mary O'Sullivan, Esq.