UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ESTERVINA PAULINO,

          Plaintiff,                      ORDER

    -v.-
                                                 07 Civ. 5773 (LAK) (GWG)

COMMISSIONER GLADYS CARRION, et al.,
          Defendants.
-----------------------------------------------------------------X

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The application for a stay of discovery (Docket # 20) is granted on an interim basis pending the Court's consideration of the motion to dismiss.

Dated:  New York, New York
          March 25, 2008

                                                       SO ORDERED:

                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge